# EXHIBIT A

# COMMONWEALTH OF VIRGINIA

GREENSVILLE CIRCUIT COURT
Civil Division
337 S. MAIN ST.
EMPORIA VA 23847
(434) 348-4215

Summons

To: AMAZON
1770 CRYSTAL DR.
ARLINGTON VA 22202

Case No. 081CL23000311-00

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the clerk's office of this court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment, or decree against such party either by default or after hearing evidence.

Appearance in person is not required by this summons.

Done in the name of the Commonwealth of Virginia on, Monday, December 11, 2023

Clerk of Court: LINDA B EDWARDS

by ______________________
(CLERK/DEPUTY CLERK)

Instructions:

Hearing Official:

2023 DEC 19 AM 10: 03
RECEIVED
SHERIFF'S OFFICE
ARL. COUNTY, VA

Attorney's name:

# Amazon Flex

# Complaint

Name: LaTonya Tucker

Job Title: Delivery Driver

Department: Delivery

Company: Amazon

Company address: 1770 Crystal Dr, Arlington, VA 22202

1. Please state the date of the event or series of events causing the grievance:

04/26/2023-10/27/2023

LINDA ... CLERK
NOV 15 2023
... COUNTY CIRCUIT COURT
... VIRGINIA

2. Please state your complaint, including the individual harm alleged:

In April my delivery account was deleted and I could no longer provide for my family. I was told to create another account and log into work using my new account information. However, that was not possible. When my Amazon shopping account was deleted it automatically deleted the Amazon Flex (my worker) account. I called in over 20 times trying to get the issue resolved. They ended up telling me they deleted the account and I had to reapply again. I followed instructions, but there were no available positions. I waited for six months and received notification that I could start working again. I was told to login using the new account I created. Once logged in I completed then onboarding process up until the last step. There was an issue with my social being used for another account. I called in to Amazon flex and spoke to a representative named Joe. Joe stated that somehow when my account was created it split into two separate accounts with the same email and that was a system error. He also said one account is deactivated and one account is in the onboarding process. I started asking questions about how to fix the problem so that I can get back to work and he started to say there was no way for me to do that. he grew frustrated. The representative did not know what to do. I asked for a supervisor and he said I couldn't. I tried logging back in and it said my account was deactivated. I asked him why did he delete my account He lied and said he did not delete my account. I was just in the app and completed my onboarding steps. He said that my account was deactivated because I had two accounts. He deleted my account in retaliation. I have evidence in emails and messages from Amazon telling me to create another account and one message saying I need to use another email to complete onboarding. Twice I spoke to a rep who is having a bad day and twice my account is deleted. I have an audio clip of what I could record. I have screenshots from me in onboarding with steps done. Laws were violated and There is more to this

3. Please provide specific facts to support your grievance (list in detail):

The facts are: My account was deleted because he retaliated out of frustration, he did not know how to do the job and instead of getting me to someone who could he lied. He then denied my equal opportunity to employment and then tried to cover it up with an email assuming that it would solve the problem and I do nothing, He defaced my character and then tried to shame me fraudulently saying I was committing fraud and violating Amazon policies, Everytime I created a new account it was because the Amazon flex representative told me to do so. I never just created accounts trying to use multiple accounts to work for Amazon flex. I have supporting documentation to back up all of my claim. This is the second time my account was deleted and the fifth time I have experienced behavior of what seem to be hate toward me from an Amazon representative. I believe that some of the representatives are using the Amazon flex platform to commit acts with malicious intent. I believe that some of the representatives abuse their access to

NOV 15 2023

the system and violate the privacy of the account holders when they become angry or frustrated. I believe my privacy was violated as well.

4. Please specify the remedy you seek:

The acts of the Amazon employee and the effects it has had on and in my life were devastating and hurtful. It has caused me severe anxiety, I am unable to work because of his actions, I lost out on money that could be used to take care of my household, and my joy for life has fell a little. I am asking for compensation for what I went through and what happened to me in the amount of $100,000 for the damages. I am willing to negotiate to come to an agreement.

[signature] LaTonya Tucker

41 Quarter Moon Rd
Emporia, VA 23847

11/7/23

Date

Employee

VALIDATE CASE PAPERS
RCPT : 23000003926
DATE : 11/15/2023 TIME: 15:31
CASE : 081CL23000311-00
ACCT : TUCKER, LATONYA
AMT. : $0.00

LINDA B. [illegible] CLERK
NOV 15 2023
[illegible] COURT